UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-26-BO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ONTARIO LAMAR GAINEY,<br>Defendant. | **ORDER GRANTING<br>MOTION TO SEAL** |

This matter is before the Court on Defendant's Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Motion filed at D.E. 33.

SO ORDERED.

This the _16_ day of _August_, 2017.

TERRENCE W. BOYLE
United Stated District Judge