UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-26-BO

UNITED STATES OF AMERICA,
              Plaintiff,

        vs.                                          **ORDER GRANTING**
                                                     **MOTION TO SEAL**
ONTARIO LAMAR GAINEY,
              Defendant.

        This matter is before the Court on Defendant's Motion to Seal Sentencing Memorandum.

        FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal

the Sentencing Memorandum filed at D.E. 45.

        SO ORDERED.

        This the _21_ day of November, 2017.


                                                     TERRENCE W. BOYLE
                                                     United Stated District Judge